# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147335(65)

HAROLD HUNTER, JR.,
      Plaintiff-Appellant,

v

DAVID SISCO and AUTO CLUB
INSURANCE ASSOCIATION,
      Defendants,
and

CITY OF FLINT TRANSPORTATION
DEPARTMENT,
      Defendant-Appellee.
_____/

SC: 147335
COA: 306018
Genesee CC: 10-094081-NI

      On order of the Chief Justice, the motion of the Michigan Association for Justice to file a late amicus curiae brief is GRANTED. The amicus brief received on August 25, 2014, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 2, 2014

Clerk